HMJ:hcs
AO 442 (Rev. 11/11) Arrest Warrant

2025R00345

# UNITED STATES DISTRICT COURT

for the
District of Minnesota

UNITED STATES OF AMERICA

v.

VANCE LUTHER BOELTER

Case No. 25-mj-376 (JFD)
**FILED UNDER SEAL PURSUANT TO
COURT ORDER**

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

Vance Luther Boelter
_____

who is accused of an offense or violation based on the following document filed with the court:

\_\_\_\_ Indictment    \_\_\_\_ Superseding Indictment    \_\_\_ Information    \_\_\_ Superseding Information    _X_  Complaint

\_\_\_\_ Probation Violation Petition    \_\_\_Supervised Release Violation Petition    \_\_\_\_  Violation Notice \_\_\_\_ Order of the Court

On or about June 14, 2025, in the State and District of Minnesota, VANCE LUTHER BOELTER: with the intent to kill, injure, harass, intimidate, and place under surveillance with intent to kill, injure, harass, and intimidate another person, used an electronic communication service and electronic communication system of interstate commerce, and a facility of interstate or foreign commerce, to engage in a course of conduct that placed that person in a reasonable fear of the death of and serious bodily injury to that person and that person's spouse, and in the course of engaging in such conduct caused the death of that person and that person's spouse, all in violation of 18 U.S.C. § 2261A(2)(A) and 2261(b)(1) (Counts One and Two); during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely, a stalking offense, knowingly used and carried a firearm, and in furtherance of such crimes, possessed a firearm, and in the course of that crime caused the death of a person through the use of a firearm, which killing is murder as defined in Title 18, United States Code, Section 1111(a), all in violation of United States Code, Section 924(j) (Counts Three and Four); during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely, a stalking offense, knowingly used and carried a firearm, and in furtherance of such crimes, possessed a firearm, which was brandished and discharged, all in violation of Title 18, United States Code, Section 924(c)(1)(A)(i), (ii), (iii) (Counts Five and Six).

Date: _June 15, 2025_

_John F. Docherty_
*Issuing officer's signature*

City and State: St. Paul, MN

The Honorable John F. Docherty
United States Magistrate Judge
*Printed Name and Title*

| Return |
|---|

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*