**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**UNDER SEAL**

RECEIVED
MAY 06 2021
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No. 21-CR-108 (PAM/TNL) |
| DEREK MICHAEL CHAUVIN ET AL | |

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No. 21-CR-109 (WMW/HB) |
| DEREK MICHAEL CHAUVIN | |

### NOTICE TO THE COURT OF POSSIBLE RELATED CASES

The undersigned attorneys hereby notify the Court and counsel that the above-captioned cases are related for the following reason:

■ The cases involve the same defendant.

Dated: May 6, 2021

Respectfully submitted,

W. ANDERS FOLK
Acting United States Attorney

PAMELA S. KARLAN
Principal Deputy Assistant
Attorney General

/s/ W. Anders Folk
BY: W. ANDERS FOLK
Acting United States Attorney
Attorney ID No. 0311388

/s/ Samantha Trepel
BY: Samantha Trepel
Special Litigation Counsel
Attorney ID No. 992377 DC


SCANNED
MAY 06 2021
U.S. DISTRICT COURT MPLS