IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br> )<br>        Plaintiff, )<br> )<br>v. )<br> )<br>Vance Luther Boelter, )<br> )<br>        Defendant. ) | **COURT MINUTES - CRIMINAL**<br>BEFORE:   DOUGLAS L. MICKO<br>U.S. Magistrate Judge<br><br>Case No:               25-mj-376 JFD<br>Date:                  June 27, 2025<br>Court Reporter:    Caitlin Albrecht<br>Courthouse:        St. Paul<br>Courtroom:         Devitt Courtroom<br>Time Commenced: 11:06 a.m.<br>Time Concluded:  11:13 a.m.<br>Time in Court:   7 minutes |

**X PRELIMINARY/DETENTION HRG**
     Time in Court Prelim/Det: 3 minutes/4 minutes

APPEARANCES:

  Plaintiff: Harry Jacobs, Matthew Forbes and Bradley Endicott, Assistant U.S. Attorney
  Defendant:  Manny Atwal
          X FPD

On    X Complaint

Defense counsel motions for continuance of the preliminary hearing under Rule 5.1(d) and the detention hearing under 18:3142(f). Motion GRANTED.
The detention and preliminary hearing have been continued to Thursday, July 3, 2025 at 2:30 p.m. before Magistrate Judge Douglas L. Micko in Edward J. Devitt Courtroom, Warren E. Burger Federal Building and U.S. Courthouse, Saint Paul, Minnesota.

Additional Information:
-Defendant consents to have the preliminary hearing outside the 14-day continuance.

                                                   s/*aln*
                                        Signature of Courtroom Deputy