UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 21-108 (PAM/TNL)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DEREK MICHAEL CHAUVIN,
TOU THAO,
J. ALEXANDER KUENG, and
THOMAS KIERNAN LANE,

    Defendants.

**NOTICE OF APPEARANCE**

Please add the following Assistant United States Attorneys to the above-captioned case:

<u>Add AUSA</u>

Samantha H. Bates
Manda M. Sertich
Allen A. Slaughter, Jr.
Evan B. Gilead
LeeAnn K. Bell

Dated: May 10, 2021

Respectfully submitted,

W. ANDERS FOLK
Acting United States Attorney

*s/ Samantha H. Bates*
BY:   SAMANTHA H. BATES
       Assistant U.S. Attorney