UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 21-108(1) PAM/TNL

United States of America,

        Plaintiff,

v.

**ORDER FOR APPOINTMENT
OF COUNSEL**

Derek Michael Chauvin,

        Defendant.

    The Court has determined that based upon the information received, the defendant in the above matter is financially unable to employ counsel and finds that it is in the interest of justice that counsel be assigned.

    IT IS HEREBY ORDERED that Eric J. Nelson, Attorney ID 308808, is appointed as counsel pursuant to 18 U.S.C. § 3006A.

Dated: *June 1, 2021*

Honorable Becky R. Thorson
United States Magistrate Judge