**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | COURTROOM MINUTES - CRIMINAL | |
| ) | BEFORE: BECKY R. THORSON | |
| Plaintiff, ) | U.S. Magistrate Judge | |
| ) | | |
| v. ) | Case No: | 21-cr-108 PAM/TNL |
| ) | Date: | June 1, 2021 |
| Derek Michael Chauvin, ) | Video Conference | |
| ) | Court Reporter: | Deb Beauvais |
| Defendant, ) | Time Commenced: | 4:05 p.m. |
| ) | Time Concluded: | 4:15 p.m. |
| | Time in Court: | 10 minutes |

APPEARANCES:

Plaintiff: Manda Sertich and Samantha Trepel, Assistant U.S. Attorney
Defendant: Eric Nelson
       X CJA

Date Charges Filed: 5/6/2021    Offense: Deprivation of rights under color of law

X Advised of Rights

on    X Indictment

X Defendant detained, Government to submit a proposed order.

Next appearance date is TBD for:
  X Arraignment hrg

X Detention hearing waived

Additional Information:
X Defendant consents to this hearing via video conference.
X Oral Rule5(f) Brady notice read on the record.

                                                      s/JM
                                      Signature of Courtroom Deputy