AO 442 (Rev. 11/11) Arrest Warrant

F#11274272

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

**RECEIVED**
JUN 0 4 2021
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

| United States of America | ) |
|---|---|
| v. | ) |
| Derek Michael Chauvin (1) | ) Case No. CR 21-108 PAM/TNL |
| | ) |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

**RECEIVED**
By U.S. Marshal, St. Paul, MN at 2:15 pm, May 06, 2021

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  Derek Michael Chauvin,
who is accused of an offense or violation based on the following document filed with the court:

✓ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court
☐ Pretrial Release Violation Petition

This offense is briefly described as follows:

Count 1 - Deprivation of Rights Under Color of Law, 18:242 and 2;  Count 3 - Deprivation of Rights Under Color of Law, 18:242.

Date: 05/06/2021

*M. Fogarty*
*Issuing officer's signature*

City and state:  Minneapolis, MN

Kate M. Fogarty, Clerk of Court
*Printed name and title*

---

### Return

| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ |
| at *(city and state)* _____ |

Date: _____

ARRESTED ON 6/1/2021
ARRESTED BY FBI-WHCA?

U.S. MARSHAL
DISTRICT OF MINNESOTA
BY _____

*Arresting officer's signature*

*Printed name and title*

SCANNED
JUN 0 7 2021 CK
U.S. DISTRICT COURT ST. PAUL