# IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA

## ARRAIGNMENT MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | BEFORE: TONY N. LEUNG |
| v. | U.S. MAGISTRATE JUDGE |
| DEREK MICHAEL CHAUVIN (1), | |
| Defendant. | |

| | |
|---|---|
| Case No: | 21-cr-108 (1) PAM/TNL |
| Date: | September 14, 2021 |
| Courthouse: | Minneapolis |
| Courtroom: | Video Conference |
| Court Reporter: | Maria Weinbeck |
| Time Commenced: | 10:14 AM |
| Time Concluded: | 10:16 AM |
| Sealed Hearing Time: | -- |
| Time in Court: | 2 Minutes |

APPEARANCES:

    Plaintiff:    Manda Sertich, Samantha Trepel, Assistant U.S. Attorneys
    Defendant:    Eric J. Nelson, ☐ FPD  ☒ CJA  ☐ Retained  ☐ Appointed

☒ Reading of Indictment Waived
☐ Indictment Read into Record
☒ Not Guilty Plea Entered

Other Remarks:

☒ No additional order to be issued.
☒ Defendant consents to this hearing via video conference.

                                                      s/ *Holly M.*
                                                      Courtroom Deputy