UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 21-108 (PAM/TNL)

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
| ) | |
| Plaintiff,     ) | |
| ) | JOINT MOTION TO SET CERTAIN |
| v.     ) | DEADLINES |
| ) | |
| 1.   DEREK MICHAEL CHAUVIN,     ) | |
| 2.   TOU THAO, and     ) | |
| 3.   J. ALEXANDER KUENG, and     ) | |
| 4.   THOMAS KIERNAN LANE     ) | |
| ) | |
| Defendants.     ) | |

The United States of America, by and through its attorneys, Charles J. Kovats, Jr., Acting United States Attorney for the District of Minnesota, LeeAnn K. Bell, Assistant United States Attorney, and Samantha Trepel, Special Litigation Counsel for the Civil Rights Division, along with Defendants by and though their attorneys, respectfully move the Court for an Order setting certain deadlines.

The parties have met and conferred regarding various trial-related deadlines. With the understanding that jury summonses have been issued for January 20, 2022, and in order to proceed in an efficient and orderly manner, the parties jointly propose that the Court adopt the following deadlines in its Scheduling Order:

December 20, 2021:   Each party shall make initial disclosure of any experts it intends to call at trial (names and CVs only)

December 30, 2021:   Each party shall file Motions in Limine

January 3, 2022:   Each party shall make complete expert disclosures (written summaries)

| | |
|---|---|
| January 6, 2022: | Each party shall submit its Exhibit List, Witness List, and Special Verdict Form to the Court and file any Trial Brief, Proposed Jury Instructions, and proposed Voir Dire |
| January 10, 2022: | Each party shall file any responses to Motions in Limine |
| January 17, 2022: | Each party shall make disclosures of rebuttal experts (names, CVs and written summaries) |
| January 17, 2022: | Each party shall exchange exhibits with the other parties. |

Dated: December 1, 2021　　　　　　　　　　Respectfully submitted,

CHARLES J. KOVATS, JR.　　　　　　　　　KRISTEN CLARKE
Acting United States Attorney　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　　Civil Rights Division

/s/ LeeAnn Bell　　　　　　　　　　　　　　/s/ Samantha Trepel
BY: LeeAnn K. Bell　　　　　　　　　　　　BY: Samantha Trepel
Assistant United States Attorney　　　　　　　Special Litigation Counsel
Attorney ID No. 0318334　　　　　　　　　　Attorney ID No. 992377 DC

/s/ Eric Nelson　　　　　　　　　　　　　　/s/ Robert Paule
Eric J. Nelson　　　　　　　　　　　　　　　Robert M. Paule
Attorney for Derek Chauvin　　　　　　　　　Attorney for Tou Thao
Attorney No. 308808　　　　　　　　　　　　Attorney No. 203877

/s/ Thomas Plunkett　　　　　　　　　　　　/s/ Earl Gray
Thomas C. Plunkett　　　　　　　　　　　　Earl P. Gray
Attorney for J. Alexander Kueng　　　　　　　Attorney for Thomas Kiernan Lane
Attorney No. 260162　　　　　　　　　　　　Attorney No. 37072