UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 21-CR-108 (PAM/TNL)

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INFORMATION** |
| Plaintiff, | 18 U.S.C. § 242 |
| v. | |
| DEREK MICHAEL CHAUVIN, | |
| Defendant. | |

THE ACTING UNITED STATES ATTORNEY CHARGES THAT:

## GENERAL ALLEGATIONS

At all times relevant to this Information:

1. Defendant Derek Michael Chauvin was employed as a Minneapolis Police Department (MPD) officer, and had held that position for more than 16 years.

2. Juvenile 1 was a 14-year-old student and resident of Minneapolis, Minnesota.

3. Paragraphs 1 and 2 of this Information are realleged and incorporated into Count 1 as though fully set forth therein.

## COUNT 1
(Deprivation of Rights Under Color of Law)

On or about September 4, 2017, in the State and District of Minnesota, the defendant,

**DEREK MICHAEL CHAUVIN,**

SCANNED
DEC 1 5 2021
U.S. DISTRICT COURT ST. PAUL

while acting under color of law, willfully deprived Juvenile 1 of the right, secured and protected by the Constitution and laws of the United States, to be free from an unreasonable seizure, which includes the right to be free from the use of unreasonable force by a police officer. Specifically, Defendant Chauvin, without legal justification, held Juvenile 1 by the throat and struck Juvenile 1 multiple times in the head with a flashlight. This offense included the use of a dangerous weapon—a flashlight—and resulted in bodily injury to Juvenile 1.

All in violation of Title 18, United States Code, Section 242.

Dated: December 15, 2021

| | |
|---|---|
| CHARLES J. KOVATS, JR.<br>Acting United States Attorney | KRISTEN CLARKE<br>Assistant Attorney General<br>Civil Rights Division<br>U.S. Department of Justice |
| | |
| _s/ Allen Slaughter_<br>BY: ALLEN SLAUGHTER<br>Assistant United States Attorney<br>Attorney ID No. 301668 | _s/Samantha Trepel_<br>BY: SAMANTHA TREPEL<br>Special Litigation Counsel<br>Attorney ID No. 992377 DC |