# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## INITIAL APPEARANCE, ARRAIGNMENT, AND PLEA HEARING

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | |
| v. | Case No: 21-CR-108 (PAM/TNL) |
| | Date: Wednesday, December 15, 2021 |
| **DEREK MICHAEL CHAUVIN (1),** | Court Reporter: Renee Rogge |
| | Courthouse: Saint Paul |
| Defendant. | Courtroom: 7D |
| | Time Commenced: 9:00 a.m. |
| | Time Concluded: 9:40 a.m. |
| | Time in Court: Initial Appearance – 5 Minutes |
| | Arraignment – 10 Minutes |
| | Plea – 25 Minutes |

**BEFORE:**   Paul A. Magnuson, United States District Judge, at Saint Paul, Minnesota.

**APPEARANCES:**
  For Plaintiff:   Allen Slaughter, DOJ-USAO
  Samantha Trepel, DOJ-Crt
  Manda Sertich, USAO
  LeeAnn Bell, USAO

  For Defendant:   Eric Nelson, CJA Appointment

**PROCEEDINGS:**
  **X** Defendant agreed to proceed In Person for this Hearing
  **X** Initial Appearance and Arraignment on Information and Indictment
  **X** Plea Hearing
  **X** Indictment Waived
  **X** Waived Reading of Charges
  **X** Advised of Rights on Information and Indictment

**X PLEA:**
  **X** Guilty as to Count One (1) of the Information; Guilty as to Count One (1) of the Indictment.
  **X** Presentence Investigation and Report ordered.
  **X** Defendant remanded to the custody of the U.S. Marshal.
  **X** Sentencing is scheduled before The Hon. Paul A. Magnuson at a date and time to be determined.

Date: Wednesday, December 15, 2021

*s/ Lynn L. Magee*
Courtroom Deputy to
The Hon. Paul A. Magnuson