Waiver of Indictment                                                                Cr. Form No. 18

# United States District Court

## FOR THE

## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

        Plaintiff,

                                   Criminal No. 21-108
    v.                                 (PAM/TNL)

DEREK MICHAEL CHAUVIN,

        Defendant.

Derek Michael Chauvin, the above-named defendant, who is accused of Deprivation of Rights Under Color of Law, in violation of 18 U.S.C. § 242, namely, on or about September 4, 2017, willfully depriving Juvenile 1 of the right to be free from an unreasonable seizure, which includes the right to be free from the use of unreasonable force by a police officer, and being advised of the nature of the charge and of his rights, hereby waives in open court prosecution by Indictment and consents that the proceeding may be by Information instead of by Indictment.

Date: _Dec. 15, 2021_

_____
Derek Michael Chauvin
Defendant

_____
Allen Slaughter, Witness
Assistant United States Attorney

_____
Eric J. Nelson, Esq.
Counsel for Defendant

SCANNED
DEC 1 5 2021
U.S. DISTRICT COURT ST. PAUL