UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Crim. No. 21-108 (PAM/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Derek Michael Chauvin,<br>Tou Thao, J Alexander Kueng, and Thomas Kiernan Lane, | |
| Defendants. | |

_____

At the change-of-plea hearing for Derek Michael Chauvin, the Court indicated that Chauvin would be severed from the remaining Defendants in this case under Rule 14 of the Federal Rules of Criminal Procedure.

Accordingly, **IT IS HEREBY ORDERED that** the proceedings against Derek Michael Chauvin (1) are **SEVERED** from the remaining Defendants in this matter.

Dated: Monday, December 20, 2021

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge