# United States District Court
## for the
## District Court

_____

**United States of America,**

    **Plaintiff,**

      **vs.**                   **LR 7.1 WORD COUNT**
                                    **COMPLIANCE CERTIFICATE**

**Derek Michael Chauvin, et al.,**

    **Defendants.**                **File No.  21-108 (PAM/TNL)**

_____

I, Caroline M. Bachun, certify that the City's Memorandum in Support of Motion to Quash Subpoena complies with Local Rules 7.1(f) and 7.1(h).

I also certify that, in preparation of this certificate of compliance, I used MS Word 2016 and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

Additionally, I certify that the above referenced memorandum contains 1,614 words.

Dated:      January 7, 2022

JAMES R. ROWADER, JR.
City Attorney
By

s/ *Caroline M. Bachun*
CAROLINE M. BACHUN (024370x)
Assistant Minneapolis City Attorney
210 City Hall, 350 S. 5th St.
Minneapolis, MN 55415
(612) 673-2754
*Attorney for City of Minneapolis*