# United States District Court
# for the
# District Court

**United States of America,**

        **Plaintiff,**           **ORDER OF PROTECTION FOR**
                                                    **NOT PUBLIC DATA**

**vs.**

**Derek Michael Chauvin, et al.,**

        **United States of Americas.**         **Court File No. 21-108 (PAM/TNL)**

---

      **IT IS HEREBY ORDERED**, that the City of Minneapolis shall produce the following data to the United States of America:

(1) <u>PERSONNEL RECORDS:</u> All personnel files in any form and regardless of caption concerning the below listed current or former MPD employees. Responsive materials include, but are not limited to: applications for employment; medical forms; evaluations; performance reviews; personal and professional references; commendations; awards; any other administrative actions; tests; reviews; promotions; certifications; correspondence; memoranda; and any other written documents; and

(2) <u>COMPLAINT/DISCIPLINARY RECORDS:</u> All records in any form regardless of caption pertaining to any complaint (including but not limited to internal affairs complaints), investigation, report or other proceeding, concerning the conduct of the below listed current or former MPD employees. Responsive materials include, but are not limited to: documents, interrogatories, logs, photographs, videos, audiotapes, 911 recordings, incident reports, CAD/PIMS reports, use of force reports, witness statements, and any all investigative materials collected in collections with the investigation(s).

      <u>Current or Former MPD Employees:</u>
- Sgt. David Ploeger
- Sgt. Matthew Severance
- Sgt. Darrin Waletzki
- Sgt. Adrian Infante
- Sgt. Robert Dale
- Ofc. Scott Creighton

- Sgt. Chris Thompson
- Officer Daniel Dick
- Officer Hinh Dienh
- Sgt. Timothy Eck
- Sgt. Kurtis Schnoonover
- Sgt. Michael Soucy

This data shall be subject to the following terms and conditions:

1. The data shall be considered not public data under the terms of this Order, and this Order shall govern the examination and use of such documents.

2. The data and information derived from the data shall be disclosed to only "Qualified Persons," as defined by paragraph 6 below. The data shall not be disclosed to any other person unless and until otherwise agreed by the City of Minneapolis or by the Court.

3. It is expressly understood that the attorneys for the United States of America may not use the data for any purpose outside the scope of the issues directly addressed by this criminal action against Defendants.

4. It is expressly understood that attorneys for United States of America may not disseminate this data to any newspaper or any other media organization or individual.

5. If counsel for the parties wish to inquire about the interpretation of this Protective Order, such inquires shall be directed to this Court.

6. "Qualified Persons" are:

    i. The Court and its staff.

    ii. Counsel to the parties to the action;

    iii. Paralegal, clerical, secretarial or investigative staff employed by such counsel;

        iv.    Witnesses.

7. This data or information derived from the data shall not be disclosed by any Qualified Person to any other person or persons, except as provided in subparagraph 6.

8. If the data or information derived from that data are to be included in any papers to be filed in the Court, such papers shall be labeled "Confidential," filed under seal, and kept under seal until further order of the Court.

9. In the event that the data or information derived from the data are used in court proceedings, such documents or information shall not lose their not public status through such use unless otherwise determined by the Court.

10. Nothing herein shall be construed to affect in any way any party's rights to object to the admissibility of any document, testimony, or other evidence at trial.

11. If the United States of America receives a subpoena or other court process that arguably calls for the production of the data or any information derived from the data, the United States of America shall give the City of Minneapolis at least ten (10) days notice before producing any such data.

12. Upon termination of this prosecution, United States of America shall return *all* data provided under this Protective Order and copies thereof to the City of Minneapolis, subject to further order of the Court.

13. The designation of any document as not public under this order is for purposes of this protective order only, and shall not be used for the purpose of interpretation of other

legal or substantive issues raised in the criminal case against United States of America apart from the application of this order.

Dated:                                                   _____
                                                                  The Honorable Tony N. Leung
                                                                  Magistrate Judge,
                                                                  United States District Court

Dated:                                                   _____
                                                                   The Honorable Paul A. Magnuson
                                                                  Judge, United States District Court