UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Crim. No. 21-108(1) (PAM/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Derek Chauvin, | |
| Defendant. | |

This matter is before the Court on Defendant's guilty plea in this matter. At the change-of-plea hearing, the Court deferred accepting Defendant's plea pending issuance of the preliminary presentence investigation report. That report has now issued, and acceptance of the plea is appropriate.

Accordingly, **IT IS HEREBY ORDERED that**:

1. The plea agreement (Docket No. 142) is **ACCEPTED**; and

2. Pursuant to Fed. R. Crim. P. 11(c)(1)(C), the Court will sentence Defendant in accordance with the terms of the plea agreement.

Dated: Wednesday, May 4, 2022     s/ *Paul A. Magnuson*
                                  Paul A. Magnuson
                                  United States District Court Judge