UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No.: 21-CR-108 (2) (PAM/TNL)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | **MOTION JOINING – MOTION TO** |
| ) | **AMEND MOTION FOR JUDGEMENT** |
| ) | **OF ACQUITTAL TO INCLUDE A DUE** |
| TOU THAO, ) | **PROCESS VIOLATION AND MOTION** |
| ) | **FOR RECONSIDERATION OF** |
| Defendant. ) | **MOTION FOR JUDGEMENT OF** |
| ) | **ACQUITTAL** |

This Court issued an order (Docket 334) on May 10, 2022 denying Mr. Lane's Motion for Judgement of Acquittal (Docket 288), Mr. Thao's Motion for Judgement of Acquittal (Docket 266), and Mr. Thao's Motion for Declaration of Mistrial (Docket 291). On May 12, 2022, Mr. Lane filed a Motion to Amend/Correct Motion for Judgement of Acquittal to Include a Due Process Violation (Docket 337), Motion for Reconsideration of Defendant Thomas Lane's Motion for Judgement of Acquittal (Docket 338), and an accompanying Memorandum in Support (Docket 339).

Mr. Thao now joins Mr. Lane's Motion for Reconsideration and Motion To Amend, and adopts the arguments put forth in his accompanying Memorandum in Support.

This Motion is based upon all the files, records, and proceedings herein.

1

2

                                        Respectfully submitted,

Dated: This 17th day of May, 2022        /s/ Robert M. Paule
                                        Robert M. Paule (#203877)
                                          Robert M. Paule, P.A.
                                          920 Second Avenue South
                                          Suite 975
                                          Minneapolis, MN 55402
                                          T: (612) 332-1733
                                          F: (612) 332-9951

                                            Natalie R. Paule (#0401590)
                                            Paule Law P.L.L.C.
                                            101 East Fifth Street
                                            Suite 1500
                                            St. Paul, MN 55101
                                            T: (612) 440-3404
                                            nrp@paulelaw.com

                                            Attorneys for Tou Thao