UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Crim. No. 21-108(1) (PAM/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Derek Chauvin, | |
| Defendant. | |

This matter is before the Court on the parties' amended joint Motion to extend the time for filing sentencing position pleadings in this matter. The parties have established that a short extension is warranted.

Accordingly, **IT IS HEREBY ORDERED that**:

1. The amended joint Motion (Docket No. 361) is **GRANTED**; and

2. The parties sentencing position pleadings are due on or before June 22, 2022.

Dated: Wednesday, June 8, 2022

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge