# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# SENTENCING HEARING

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **COURT MINUTES - CRIMINAL** |
| | ) | |
| Plaintiff, | ) | |
| | ) | Before: The Hon. Paul A. Magnuson |
| v. | ) | |
| | ) | Case No: 21-CR-108(1) (PAM/TNL) |
| **DEREK MICHAEL CHAUVIN (1),** | ) | Date: Thursday, July 7, 2022 |
| | ) | Court Reporter: Renee Rogge |
| Defendant. | ) | Courthouse: Saint Paul |
| | ) | Courtroom: 7D |
| | ) | Time Commenced: 2:00 p.m. |
| | ) | Time Concluded: 3:00 p.m. |
| | ) | Sealed Hearing Time: N/A |
| | ) | Time in Court: One Hour |

**APPEARANCES**:
    For Plaintiff:    LeeAnn Bell, Sam Trepel, Amanda Sertich, Allen Slaughter, Blake Hostetter, USAO
    For Defendant:    Eric Nelson, CJA

**PROCEEDINGS:**
√ **Sentencing**

**IT IS ORDERED**:
    Defendant is sentenced to:

| Count No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| One (1) of Indictment; | X | | 245 Months | | 5 Years | | |
| One (1) of Information | | | | | | | |

    √ **See J&C for Special Conditions**.

    √ Defendant sentenced to pay:
        √ Special Assessment in the amount of $200.00.
        √ Restitution in an amount to be determined.

    √ Plea and Plea Agreement accepted.

    √ Defendant is remanded to the custody of the United States Marshal.

    √ Sealed Matters: Sentencing/sealed documents are sealed for the duration of sentencing.

Dated:   Thursday, July 7, 2022

*s/Lynn L. Magee*
Courtroom Deputy to
The Hon. Paul A. Magnuson