UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Crim. No. 21-108 (PAM/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Tou Thao, J Alexander Kueng, and Thomas Kiernan Lane, | |
| Defendants. | |

_____

This matter is before the Court on the Government's Motion to permit victims to attend via telephone hearings scheduled for July 21 and July 22, 2022.  Because of the funeral for Deputy Marshal Sinderman, at the request of the United States Marshal the hearing on July 22, 2022, has been changed to a Zoom hearing.  The Government will provide call-in information to the victim's family for that hearing.  For the July 21, 2022, hearing, Chambers will provide call-in information to the parties.

Accordingly, **IT IS HEREBY ORDERED that** the Motion (Docket No. 397) is **GRANTED** and family members of the victim are permitted to attend the hearings scheduled for July 21 and July 22, 2022, telephonically.

Dated:   July 20, 2022              *s/Paul A. Magnuson*
                                    Paul A. Magnuson
                                    United States District Court Judge