

**U.S. Department of Justice**

United States Attorney
District of Minnesota

| | |
|---|---|
| *600 United States Courthouse* | *Telephone: (612) 664-5600* |
| *300 South Fourth Street* | *Fax: (612) 664-5787* |
| *Minneapolis, MN  55415* | |

**Via ECF**                                                       October 3, 2022

The Honorable Paul A. Magnuson
Sr. Judge, U.S. District Court
District of Minnesota
316 N. Robert Street
St. Paul, MN 55101

      Re:   *United States v. Derek Michael Chauvin*
              Criminal No. 21-CR-108(1) (PAM/TNL)

Judge Magnuson:

      We are writing to provide an update to the Court regarding the restitution portion of Defendant Derek Michael Chauvin's sentence. The Government respectfully requests that the Court issue an amended judgment providing for no restitution for the reasons outlined below.

      On December 15, 2021, Defendant pled guilty to Count 1 of an Indictment charging him with deprivation of rights under color of law, in violation of Title 18, United States Code, Section 242, for using excessive force against G.F., and Count 1 of an Information charging him with deprivation of rights under color of law, in violation of Title 18, United States Code, Section 242, for using excessive force against J.P.  ECF Nos. 139, 140, 142.  On July 7, 2022, the Court held a sentencing hearing and sentenced Defendant to 252 months' imprisonment (adjusted from 252 months to 245 months to account for Defendant's prior confinement).  ECF No. 391.  Restitution was not ordered at the time of the sentencing hearing and was left open to be determined at a later date. *Id.*

      After sentencing, the Government confirmed that neither J.P. nor the family of G.F. are seeking restitution from Defendant.

      Accordingly, the Government respectfully asks that the Court issue an Amended Judgment reflecting that: (1) the parties have addressed the issue of restitution fully;

October 3, 2022<br>Page 2

(2) J.P. and G.F.'s family have not presented claims for restitution; and (3) that the matter of restitution is closed with respect to Defendant, and no order of restitution is required.

                                        Sincerely,

| | |
|---|---|
| ANDREW M. LUGER<br>United States Attorney | KRISTEN CLARKE<br>Assistant Attorney General<br>Civil Rights Division |
| */s/ Manda M. Sertich*<br>BY:  MANDA M. SERTICH<br>Assistant U.S. Attorney<br>Attorney ID No. 4289039 NY | */s/ Samantha Trepel*<br>BY:  SAMANTHA TREPEL<br>Special Litigation Counsel<br>Attorney ID No. 992377 DC |

cc:  Eric Nelson, Esq.