Inmate Name: DEREK CHAUVIN
Register Number: 47849-509
Federal Correctional Institution Tucson
P.O. Box 23811
Tucson, Arizona 85734

Special Legal Mail

RECEIVED
BY MAIL
JUL 31 2023
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

7022 3330 0000 0914 9670

DIANA E MURPHY
UNITED STATES COURTHOUSE
300 SOUTH FOURTH ST
SUITE 202
MINNEAPOLIS, MN 55415
ATTN: KATE FOGARTY
CLERK OF COURT

55415-226352

SCANNED
JUL 31 2023
U.S. DISTRICT COURT MPLS