# UNITED STATES DISTRICT COURT
### District of Minnesota

**REVISED INFORMATION SHEET-Criminal Cases Only**

---

1. United State of America v. Derek Michael Chauvin   CR 21-108 PAM-TNL-1

2. Defendant and Address:   Reg. No. 47849-509
   Federal Correctional Institution Tucson
   P.O. Box 23811
   Tucson, AZ 85734

3. Date of Verdict: ☒ N/A - Guilty Plea Entered

4. Appealing:  ☒ Sentence

5. Sentence:  Custody of BOP for 245 months, 5 yrs supervised release, special assmt of $200.00

6. Date sentence imposed: 05/09/2023

7. Defendant incarcerated? ☒ Yes

8. Financial Status:  Fee paid?  ☒ N/A Counsel appointed/Appeal Filed Pro Se

9. Notice of Appeal was filed on 07/31/2023

10. Court Reporter: Maria Weinbeck, Lynne Krenz, Renee Rogge, Deb Beauvais, Lori Simpson.

11. Trial Counsel:
Eric J Nelson
Halberg Criminal Defense
7900 Xerxes Avenue South
Suite 1700
Bloomington, MN 55431
952-224-4848

12. Trial Counsel was:   ☒ Appointed   ☒ Appeal Filed Pro Se

Is there any reason why trial counsel should not be appointed on appeal?   ☒ No

13. Assistant U.S. Attorney: Allen A Slaughter, Jr., Evan Gilead, LeeAnn K Bell, Manda M Sertich, Samantha H. Bates, Samantha Trepel, Tara Allison.

14. List of other defendants in this case & disposition:
Tou Thao – Sentenced. Appeal Filed and Mandate entered on 01/11/2023.
J Alexander Kueng – Sentenced. Appeal Filed and Mandate entered on 01/11/2023.
Thomas Kiernan Lane – Sentenced.

15. Additional Comments:
☒ Probation-Please send the PSI, Addendums and Statement of Reasons to the Criminal Unit.

Prepared by: LTT