

# UNITED STATES DISTRICT COURT
## District of Minnesota

## TRANSMITTAL OF PRE-SENTENCE INVESTIGATION REPORT, ADDENDUMS AND STATEMENT OF REASONS

# SEALED

United States of America v. Derek Michael Chauvin

Appeal Number: 23-2756

Criminal Case Number: 21-cr-108(1) PAM/TNL

Three (3) copies of the Pre-Sentence Report, addendums and Statement of Reasons on the above named individual(s) are being transmitted to the Eighth Circuit Court of Appeals **UNDER SEAL**.

Dated: 8/3/2023
Prepared By: clk