UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Crim. No. 21-108(1) (PAM/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Derek Michael Chauvin, | |
| Defendant. | |

_____

This matter is before the Court on a Motion to Withdraw filed by counsel for Defendant. Counsel seeks withdrawal without substitution, noting that Defendant is appealing pro se the recent amendment of the Judgment to reflect that Defendant will not be ordered to pay any restitution. Counsel states that Defendant has asked counsel to withdraw because Defendant is no longer satisfied with counsel's representation.

Given that there are no further proceedings for which counsel's services will be necessary in this matter, counsel has shown good cause for his withdrawal. D. Minn. L.R. 83.7(c). Pursuant to that Rule, counsel must notify Defendant of the Motion as well as the Court's resolution of the same.

Accordingly, **IT IS HEREBY ORDERED that** the Motion to Withdraw (Docket No. 536) is **GRANTED**.

Dated:   September 6, 2023

*s/Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge