DEREK CHAUVIN
47849-509
FCI Tucson
P.O. BOX 23811
TUCSON, AZ 85734

SPECIAL/LEGAL MAIL

WARREN E BURGER FEDERAL BLDG. AND UNITED STATES COURTHOUSE
316 NORTH ROBERT ST.
SUITE 100
ST PAUL, MN 55101
ATTN: CLERK OF COURT

SCANNED
NOV 13 2023
U.S. DISTRICT COURT ST. PAUL

RECEIVED
NOV 13 2023
CLERK, U.S. DISTRICT COURT
ST PAUL, MN



FEDERAL CO.

9360 S. W.

TUCSON, ARIZONA 85756

DATE: ___ 11/3/23

The enclosed letter was

SPECIAL/LEGAL MAIL

MAILED ON 2 NOV 2023 / DC