United States District Court
District of Minnesota

USA, Plaintiff-Respondent,

v.

DMC, Defendant-Movant.

Case No. 21CR108-PAM

## MOTION TO APPOINT COUNSEL / ENLARGE TIME

On November, 24, 2023, defendant was stabbed some twenty two times. At this time defendant is housed in solitary medical confinement with no access to his property or case materials needed to complete the briefing of his motion to vacate under 28 U.S.C. § 2255. There are additional exhibits defendant seeks to submit, including but not limited to, an expert letter from Dr. Thomas Dunne of Texas, and portions of the "Fall of Minneapolis" by Liz Collin, and cannot do anything in his current incapacitated state. Defendant needs counsel and/or more time to reply. Respectfully submitted,

Date: 12/21/23    Andrew Johnston