# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 21-cr-108(1) (PAM/TNL) |
| ) | |
| Plaintiff, ) | |
| v.  ) | **NOTICE OF APPEARANCE** |
| ) | |
| DEREK MICHAEL CHAUVIN, ) | |
| ) | |
| Defendant. ) | |

Pursuant to the Court's order appointing counsel, the undersigned attorney hereby notifies the Court and counsel that Robert Meyers shall appear as appointed counsel of record for the above-named defendant in this case.

Dated:  March 13, 2024

*s/ Robert Meyers*
ROBERT MEYERS
Attorney ID No. 0388110
Attorney for Defendant
Office of the Federal Defender
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415