UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,  Crim. No. 21-108(1) (PAM/TNL)

Plaintiff,

v.  **ORDER**

Derek Michael Chauvin,

Defendant.

_____

This matter is before the Court on the Government's Motion to Reconsider the Order granting Defendant Derek Chauvin's motion for discovery. (Docket No. 566.) The Government asks that the Court reevaluate its decision and deny Defendant's motion. (See Docket No. 565.) The Court is not persuaded by the Government's arguments, which provide no compelling reason that the Court should change its previous determination. Moreover, the Court reminds the Government that this matter is separate from Defendant's state prosecution. The Order granting Defendant's discovery motion will stand.

The Government further contends that Defendant's motion was premature, and thus requests that Defendant file various information with the Court regarding laboratory procedures and protocols for the testing of the relevant samples, and that the Court allow the Government and other interested parties an opportunity to respond and object to the same. The Court denies this request.

Alternatively, the Government seeks an amended order granting reciprocal access to the discovery that Defendant may obtain. The Court expects the parties to cooperate in

the discovery process, allowing the Government reasonable access to any lab reports, test results, and expert disclosures.  The Court will not issue a separate order to that end.

Accordingly, **IT IS HEREBY ORDERED that** the Government's Motion to Reconsider Defendant's Motion for Discovery (Docket No. 566) is **DENIED**.

Date:  December 18, 2024        *s/Paul A. Magnuson*
                                                Paul A. Magnuson
                                                United States District Court Judge