UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No.:  21-108 (1) (PAM/TNL)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | **UNOPPOSED MOTION TO** |
| | ) | **CONTINUE THE HEARING SET** |
| v. | ) | **FOR JANUARY 21, 2025** |
| | ) | |
| DEREK MICHAEL CHAUVIN, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant Derek Michael Chauvin, by his attorney, Assistant Federal Defender Robert Meyers, moves the Court to indefinitely continue the hearing currently set for January 21, 2025, in the above-captioned matter.  The grounds for this motion are as follows:

On December 15, 2024, the Court granted Mr. Chauvin's motion for discovery related to his § 2255 petition.  That discovery included authorizing the defense to have testing performed on certain samples by a laboratory.

On January 2, 2025, the Court issued an order directing that a hearing will be held on this matter on January 21, 2025.  It is understood that the purpose of this hearing is to hear substantive testimony regarding the § 2255 petition, including testimony regarding the testing results of the samples.

1

Although diligent efforts have been made to secure a laboratory to perform this testing, a laboratory has not yet been secured. So proceeding with a substantive hearing does not make sense at this time. As a result, it is respectfully requested that the hearing be continued until such time as the parties are ready to proceed (including securing a lab, completing the testing, and having adequate time for both parties to review and evaluate the testing).

Defense counsel will inform the government when a laboratory has been secured to conduct the tests. And the parties will then confer and propose a timeline to the Court for holding the hearing, building in adequate time to have the tests completed and for the parties to review and evaluate the testing.

Defense counsel has spoken to counsel for the United States and counsel for the United States has advised that they agree to the relief requested in this motion.

Dated: January 7, 2025              Respectfully submitted,

                                    *s/ Robert Meyers*
                                    _____
                                    ROBERT MEYERS
                                    Attorney ID No.  0388110
                                    Attorney for Mr. Chauvin
                                    107 U.S. Courthouse
                                    300 South Fourth Street
                                    Minneapolis, MN 55415