UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,                          Crim. No. 21-108(1) (PAM/TNL)

                                  Plaintiff,

v.                                                                            **ORDER**

Derek Michael Chauvin,

                                  Defendant.

_____

    Defendant Derek Chauvin filed a Motion seeking to indefinitely continue the hearing currently set for January 21, 2025. The United States agrees to indefinitely continuing the hearing.

    Despite diligent efforts, defense counsel has not yet secured a laboratory to conduct the testing previously authorized in the Court's order granting defense's discovery motion. Holding the hearing before the tests have been completed and the parties have adequate time to review and evaluate the results does not make sense. Accordingly, the Court **GRANTS** Chauvin's Motion.

    The hearing currently set for January 21, 2025, is indefinitely continued. When a laboratory has been secured, the parties will meet and confer, and then propose a timetable to the Court for holding the hearing, building in adequate time for the tests to be conducted and the results to be reviewed and analyzed.

Dated: January 8, 2025                          *s/ Paul A. Magnuson*
                                                Paul A. Magnuson
                                                United States District Court Judge