UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,                                    Crim. No. 21-108(1) (PAM/TNL)

          Plaintiff,

v.                                                                                          **ORDER**

Derek Michael Chauvin,

          Defendant.

_____

On January 8, 2025, the Court granted Defendant Derek Chauvin's motion to indefinitely continue the hearing currently set for January 21, 2025. (Docket Nos. 569, 570.) The Court now amends that Order.

Accordingly, **IT IS HEREBY ORDERED that**:

1. The Court's Order issued January 8, 2025 (Docket No. 570), is **AMENDED**;

2. The hearing originally set for January 21, 2025 (Docket No. 568), is indefinitely continued for up to ninety days;

3. At least once every thirty days, defense counsel shall provide the Court an update regarding the testing progress; and

4. Defense counsel shall provide the first such update no later than February 7, 2025.

Dated: January 10, 2025                                         *s/ Paul A. Magnuson*
                                                                                                                Paul A. Magnuson
                                                                                                                United States District Court Judge

2

CASE 0:21-cr-00108-PAM-TNL   Doc. 571   Filed 01/10/25   Page 2 of 2